IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TYRONE ELLIS,
ADC #149250                                                                                    PLAINTIFF

V.                              CASE NO. 5:17-CV-289-JM-BD

JEFFREY STIEVE                                                                                 DEFENDANT

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. After carefully considering the Recommendation and Mr. Ellis's timely objections, and after a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendant Stieve's motion to dismiss (docket entry #9) is GRANTED. Mr. Ellis's claims are DISMISSED, with prejudice.

IT IS SO ORDERED, this 14th day of February, 2018.

_____
UNITED STATES DISTRICT JUDGE